UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────

SHAWN RANDALL THOMAS,

                Plaintiff,

      -v-

CITY OF NEW YORK, ET AL.,

                Defendants.

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 12/5/2024**

**ORDER**

24-CV-2534 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Plaintiff is proceeding *pro se* and *in forma pauperis*. He filed this action under 42 U.S.C. § 1983 and state law, asserting claims of false arrest and imprisonment, malicious prosecution, unlawful conditions of confinement while in police custody, involuntary hospitalization for psychiatric evaluation, and intentional infliction of emotional distress.

    By order dated September 10, 2024, Judge Caproni referred this case to me for general pretrial supervision and a report and recommendations on any dispositive motion that may be filed. ECF No. 7. On November 6, 2024, the process receipt and return of service was returned to the court unexecuted for Defendant Dyshawn M. Pitt because "he no longer works for [the New York City Police Department]." ECF No. 16.

## DISCUSSION

    Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). It is

1

therefore ordered that the New York City Law Department, which is the attorney for and agent of the New York City Police Department, must attempt to ascertain the home address of Dyshawn M. Pitt, who apparently is no longer a New York City Police Department employee. The New York City Law Department must provide this information to Plaintiff and the Court within 60 days of the date of this Order. Thereafter, the Court will order that the true name of that Defendant be added to the complaint and issue an order of service.

## CONCLUSION

The Clerk of Court is respectfully directed to (1) mail a copy of this Order and the Complaint to the New York City Law Department, 100 Church Street, New York, NY 10007; and (2) mail a copy of this Order to the *pro se* litigant.

**SO ORDERED.**

Dated: December 5, 2024
New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge