```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN RANDALL THOMAS,

                Plaintiff,

      -v-

CITY OF NEW YORK, ET AL.,

                Defendants.

**ORDER OF SERVICE**

24-CV-2534 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Plaintiff is proceeding *pro se* and *in forma pauperis*. He filed this action under 42 U.S.C. § 1983 and state law, asserting claims of false arrest and imprisonment, malicious prosecution, unlawful conditions of confinement while in police custody, involuntary hospitalization for psychiatric evaluation, and intentional infliction of emotional distress.

    By order dated September 10, 2024, Judge Caproni referred this case to me for general pretrial supervision and a report and recommendations on any dispositive motion that may be filed. ECF No. 7.

    Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

By order dated September 10, 2024, Judge Caproni directed that the complaint must be served on all defendants within 90 days after the date the summonses were issued. ECF No. 8. The summonses were issued on September 16, 2024. ECF No. 10. The deadline to effect service was therefore December 16, 2024. To date, no proof of service has been filed as to Defendant Keechant Sewell.

The court *sua sponte* extends the deadline to effect service on Defendant Keechant Sewell. If the complaint is not served within 30 days after the date of this order, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

The Clerk of Court is respectfully instructed to deliver to the U.S. Marshals Service all documents necessary for the U.S. Marshals Service to effect service upon Defendant Keechant Sewell.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* litigant.

**SO ORDERED.**

Dated: December 20, 2024
       New York, New York

Henry J. Ricardo
United States Magistrate Judge