UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN RANDALL THOMAS,

                Plaintiff,

      -v-

CITY OF NEW YORK, ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2025

**ORDER OF SERVICE**

24-CV-2534 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Plaintiff is proceeding *pro se* and *in forma pauperis*. He filed this action under 42 U.S.C. § 1983 and state law, asserting claims of false arrest and imprisonment, malicious prosecution, unlawful conditions of confinement while in police custody, involuntary hospitalization for psychiatric evaluation, and intentional infliction of emotional distress.

    Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

    To allow Plaintiff to effect service on Defendant Dyshawn Pitt through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for this Defendant. The

1

Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon this Defendant.

The Court hereby extends the time to serve Defendant Dyshawn Pitt. If the complaint is not served within 30 days after the date of this order, Plaintiff should request an extension of time for service. See *Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

The Clerk of Court is respectfully instructed to deliver to the U.S. Marshals Service all documents necessary for the U.S. Marshals Service to effect service upon Defendant Dyshawn Pitt, Shield No. 02319, 1st Precinct, 16 Ericcson Place, New York, New York 10013.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* litigant.

**SO ORDERED.**

Dated: February 4, 2025
       New York, New York

Henry J. Ricardo
United States Magistrate Judge