UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN RANDALL THOMAS,

                Plaintiff,

    -v-

CITY OF NEW YORK, ET AL.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2025
```

**ORDER**

24-CV-2534 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      Plaintiff, who is proceeding *pro se* and *in forma pauperis*, brought this action under 42 U.S.C. § 1983 and state law, asserting claims of false arrest and imprisonment, malicious prosecution, unlawful conditions of confinement while in police custody, involuntary hospitalization for psychiatric evaluation, and intentional infliction of emotional distress.

      By Order dated September 10, 2024, Judge Caproni referred this case to me for general pretrial supervision and a report and recommendation on any dispositive motion. ECF No. 7.

      On November 19, 2024, Defendant Eric Adams filed a motion to dismiss the claims against him pursuant to Federal Rule of Civil Procedure 12(b)(6), with supporting documents. *See* ECF Nos. 17– 20. Plaintiff's opposition papers were due on December 17, 2024. To date, Plaintiff has filed no papers in opposition to Defendant Adams' motion.

On December 30, 2024, Defendants City of New York, Tenzin Rigsang, Michael Baroz, Nicholas Azzolino, Andy Herrera, and Michael Dunigan filed a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c), with supporting documents. *See* ECF Nos. 35–38. Defendants also submitted video exhibits to the Court via USB drive, a copy of which was mailed to Plaintiff on January 17, 2025. ECF No. 46. Plaintiff's opposition papers were due on February 13, 2025. To date, Plaintiff has filed no papers in opposition to this motion.

Plaintiff is directed to file opposition papers, if any, to the motion to dismiss and the motion for judgment on the pleadings by March 20, 2025. If Plaintiff does not intend to oppose these motions, he should instead file a letter on the docket stating his intent not to file opposition papers by March 20, 2025.

If Plaintiff does not submit opposition papers, the Court will address these motions based on the Defendants' submissions alone. If Plaintiff provides no response at all, the undersigned might recommend that the claims asserted in this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* litigant.

**SO ORDERED.**

Dated: February 20, 2025
New York, New York

Henry J. Ricardo
United States Magistrate Judge