UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN RANDALL THOMAS,

               Plaintiff,

    -v-

CITY OF NEW YORK, ET AL.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2026

**ORDER**

24-CV-2534 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' February 2, 2026 joint status report.

ECF No. 72.  The parties are directed to submit another joint status report by

**March 4, 2026**.

The Clerk of Court is respectfully requested to mail a copy of this order to the

pro se litigant.

**SO ORDERED.**

Dated: February 3, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge