UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN RANDALL THOMAS,

                    Plaintiff,

          -v-

CITY OF NEW YORK, ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/17/2026_____

**ORDER**

24-CV-2534 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On February 17, 2026, the undersigned held a conference to discuss the status of the parties' settlement efforts.

Defendants reported that they are waiting for the hospital to provide Plaintiff's medical records. Defendants are directed to provide an update regarding the medical records within two business days of their receipt or in the March 4 joint status report, whichever is sooner. In addition to addressing the status of discovery, the March 4 status report should provide the parties' joint availability for an in-person settlement conference.

The Court also mentioned the possibility that pro bono counsel may be available to provide Plaintiff with limited scope representation in connection with a settlement conference. Information about the Federal Pro Se Legal Assistance Project is attached.

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff.

**SO ORDERED.**

Dated: February 17, 2026
       New York, New York

Henry J. Ricardo
United States Magistrate Judge

2

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
## in the Southern District of New York (SDNY)


CITY BAR
JUSTICE
CENTER

## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT

To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.

- Our online Intake Form is accessible via one of these methods:
  - Scan the QR code to the right.
  - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "SDNY" and then click "APPLY FOR HELP" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "Federal Court Case" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call (212) 382-4794, leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including **mediation**)

 **Reviewing drafted pleadings** and correspondence with the Court