UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN RANDALL THOMAS,

Plaintiff,

-v-

CITY OF NEW YORK, ET AL.,
Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/6/2026_____

**ORDER**

24-CV-2534 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of defendants Tenzin Rigsang, Nicholas Azzolino, Andy Herrera, and Michael Dunigan's ("Defendants") request to adjourn the settlement conference scheduled for April 30, 2026, and to conduct the conference remotely at a later date,  ECF No. 79.  Defendants' requested relief is **GRANTED**.

A settlement conference is scheduled before Magistrate Judge Henry J. Ricardo on **May 15, 2026 at 10:00 a.m.**  The settlement conference will be conducted remotely.  The undersigned's deputy will email access information to counsel.  Parties shall submit their Acknowledgment Form, Ex Parte Settlement Letter, and availability for an Ex Parte Pre-Settlement Call to RicardoNYSDChambers@nysd.uscourts.gov by **May 1, 2026.**

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* litigant.

1

**SO ORDERED.**

Dated: April 6, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge