UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN RANDALL THOMAS,

                Plaintiff,

      -v-

CITY OF NEW YORK, ET AL.,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2026

**ORDER**

24-CV-2534 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on June 29, 2026 to address Defendants' letter motion at ECF No. 83.  For the reasons articulated at the conference, Plaintiff's deposition will be held in person at a location to be determined in Suffolk County.  The Parties shall confer further on the precise location of the deposition. The deadline to complete discovery is extended to **July 31, 2026**.

To the extent Plaintiff's address has changed from the address currently listed on the docket, Plaintiff is directed to update his address on the docket.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 83 as **GRANTED IN PART AND DENIED IN PART**.

**SO ORDERED.**

Dated: June 29, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1