UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/2026

SHAWN RANDALL THOMAS,

Plaintiff,

-v-

CITY OF NEW YORK, ET AL.,

Defendants.

**ORDER**

24-CV-2534 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' motion for a protective order ("Defendants' Motion"). ECF No. 88. Plaintiff is directed to respond to Defendants' Motion by **July 23, 2026**.

A conference is scheduled for **July 29, 2026,** at **3:00 p.m.** by telephone to discuss Defendants' Motion. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 659 825 564#).

**SO ORDERED.**

Dated: July 13, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge