USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN RANDALL THOMAS,

Plaintiff,

-v-

CITY OF NEW YORK, ET AL.,

Defendants.

**ORDER**

24-CV-2534 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion ("Plaintiff's Motion"). ECF No. 90. Defendants are directed to respond to Plaintiff's Motion by **July 23, 2026**. Plaintiff's Motion will be discussed at the conference that is already scheduled for **July 29, 2026** at **3:00 p.m.** *See* ECF No. 89.

**SO ORDERED.**

Dated: July 16, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge