UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 7/29/2026

SHAWN RANDALL THOMAS,

Plaintiff,

-v-

CITY OF NEW YORK, ET AL.,

Defendants.

**ORDER**

24-CV-2534 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on July 29, 2026 to discuss the motions at ECF No. 88 and ECF No. 90. For the reasons articulated at the conference, the Parties shall adhere to the following directives.

Defendants' motion for a protective order at ECF No. 88 is **GRANTED**. Plaintiff shall take depositions of Defendants in person, and no video shall be made of them. Plaintiff is also warned that if the demeaning video of opposing counsel remains posted online, or other materials demeaning counsel are posted, Plaintiff will be subject to sanctions.

Plaintiff's motion to compel at ECF No. 90 is **DENIED** as moot, based on the representation that Defendants are working to secure a place in Suffolk County to take Plaintiff's deposition.

Lastly, the deadline to complete discovery is extended to **September 11, 2026**.

The Clerk of Court is respectfully directed to terminate the motion at ECF

No. 88 as **GRANTED** and the motion at ECF No. 90 as **DENIED**.

**SO ORDERED.**

Dated: July 29, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge