USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN RANDALL THOMAS,

Plaintiff,

-v-

CITY OF NEW YORK, ET AL.,

Defendants.

**ORDER**

24-CV-2534 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Given that discovery closed on September 11, 2026, *see* ECF No. 94, the parties are directed to file a joint status update by **October 5, 2026**.

**SO ORDERED.**

Dated: September 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge