USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 11/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN RANDALL THOMAS,

Plaintiff,

-v-

CITY OF NEW YORK, ET AL.,

Defendants.

**ORDER**

24-CV-2534 (VEC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter seeking clarification of the summary judgment briefing schedule. Instead of having separate briefing for each party's summary judgment motion, resulting in six briefs, the parties shall adhere to the following schedule, which contemplates a maximum of four briefs.

- Defendants' motion for summary judgment shall be filed by **November 16, 2026**. The word limit for this brief is 8,750 words.
- Plaintiff's response shall be filed by **December 16, 2026.** If Plaintiff wishes to make his own motion for summary judgment, Plaintiff's motion shall be made as a cross-motion to Defendants' motion and shall be addressed in the same brief as Plaintiff's response to Defendants' motion. The word limit for this single brief is 8,750 words.
- Defendants' response to Plaintiff's cross-motion and reply for their own motion shall be filed in a single brief by **January 6, 2027**. If

Plaintiff files a cross-motion, the word limit for this brief is 8,750 words. If Plaintiff does not file a cross-motion, the word limit for this brief is 3,500 words.

- If Plaintiff files a cross-motion for summary judgment, Plaintiff's reply for his cross-motion shall be filed by **January 27, 2027**. The word limit for this brief, assuming it is necessary, is 3,500 words.

**SO ORDERED.**

Dated: November 5, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge